# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

JOHN M. KAUFFMENN,

    Plaintiff,

v.                                                                    Civil Action No. **3:19CV93**

VIRGINIA PENINSULA REGIONAL JAIL,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on March 19, 2019, the Court conditionally docketed Plaintiff's action. On March 29, 2019, the United States Postal Service returned the March 19, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

_____ /s/
M. Hannah Lauck
United States District Judge

Date: April 5, 2019
Richmond, Virginia